## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF JERSEY AT NEWARK

| | |
|---|---|
| JEFFREY A. WINTERS and COLLECTION SOLUTIONS, INC., Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCIS DAVID CORPORATION, an Ohio corporation d/b/a as ELECTRONIC MERCHANT SYSTEMS; BMO HARRIS BANK, NA; CHESAPEAKE BANK; THE MERRICK BANK CORPORATION;<br><br>Defendants. | Case No. 2:17-cv-12003 (CCC-MF)<br><br>Civil Action<br><br>**NOTICE OF MOTION** |

To: Christopher C. Loeber, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, N. J. 07102
cloeber@mccarter.com

Thomas M. Madden, Esq.
Hack Piro
30 Columbia Turnpike, 3rd Floor
Florham Park, N. J. 07932
tmadden@hpomlaw.com

PLEASE TAKE NOTICE that on March 19, 2018, at 9:00 AM or as soon thereafter as Counsel may be heard, the undersigned Attorneys for Plaintiffs Jeffrey A. Winters and Collection Solutions, Inc. (Plaintiffs) will apply to the Honorable Mark Falk, United States Magistrate Judge, United States Post Office & Courthouse, Room 457, 1 Federal Square, Newark, N. J. 07102, for an Order:

    1) Authorizing Plaintiffs to file an Amended Complaint in the within matter in the form attached as Exhibit A to the Certification of David M. Hoffman, Esq. dated February 21, 2018 filed in support hereof; and

    2) Approving the filing of a Joint Stipulation of Dismissal with prejudice and without costs by and between Plaintiffs, Demetri Papafagos, and Indigo Systems NJ, LLC

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the Certification of David M. Hoffman dated February 21, 2018 and Plaintiffs' letter Brief dated February 21, 2018 filed herewith in support of this Motion.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if this motion is opposed.

Dated: February 21, 2018

                        **LAW OFFICE OF DAVID M. HOFFMAN**
                        s/David M. Hoffman
                        David M. Hoffman (DH1611)
                        28 Countryside Drive
                        Basking Ridge, N.J. 07920
                        Attorneys for Plaintiffs

### CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Motion, together with the accompanying Certification of David M. Hoffman, Esq., and letter Brief were electronically filed on February 21, 2018 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel representing all other Parties using the CM/ECF system; and that hard copies will be mailed to Christopher Loeber, Esq. and Thomas Madden, Esq. by U.S. Mail on February 21, 2018, together with a courtesy copies by Priority U.S. Mail to the Honorable Mark Falk, U.S.M.J.

Dated: February 21, 2018                                  s/David M. Hoffman
                                                         David M. Hoffman